IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GABRIEL VASQUEZ, Individually and for Others Similarly Situated, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CIVIL ACTION NO. 4:22-CV-03507 |
| SESCO CEMENT, CORP. | § § § | |
| *Defendant.* | § § | |

## JOINT NOTICE OF SETTLEMENT

The parties hereby provide joint notice to the Court that they have reached a settlement of all claims and controversies between them. The parties request that the Court issue a conditional order of dismissal giving the parties 30 days to prepare and finalize full settlement documentation and to submit a joint notice of dismissal, with prejudice.

Respectfully submitted,

By: */s/ Michael A. Josephson*
**Michael A. Josephson**
Texas Bar No. 24014780
**Andrew W. Dunlap**
Texas Bar No. 24078444
**Taylor S. Montgomery**
Texas Bar No. 24106326
**JOSEPHSON DUNLAP LLP**
11 Greenway Plaza, Suite 3050
Houston, Texas 77046
713-352-1100 – Telephone
713-352-3300 – Facsimile
mjosephson@mybackwages.com
adunlap@mybackwages.com
tmontgomery@mybackwages.com

AND

**Richard J. (Rex) Burch**
Texas Bar No. 24001807
**BRUCKNER BURCH PLLC**
11 Greenway Plaza, Suite 3025
Houston, Texas 77046
713-877-8788 – Telephone
713-877-8065 – Facsimile
rburch@brucknerburch.com

Attorneys For Plaintiff

Respectfully submitted,

By: */s/ Daniel Patton*
Daniel Patton
S.D.Tex. No. 26200
Texas Bar No. 24013302
*dpatton@scottpattonlaw.com*
Michael K. Burke
S.D.Tex. No. 24356
Texas Bar No. 24012359
mburke@scottpattonlaw.com
Scott Patton PC
5301 Katy Freeway, Suite 201
Houston, Texas 77007
Telephone: (281) 377-3266
Facsimile: (281) 377-3267

Attorneys for Defendant

# CERTIFICATE OF SERVICE

I certify that on Novmeber 30, 2022, a true and correct copy of the parties' *Joint Notice of Settlement* was served on all counsel of record by the Court's ECF filing system.

*/s/ Daniel Patton*
Daniel Patton

2